IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spain III, Hubert E | Case Number: 07 B 11100 |
|---|---|---|
| | Spain, Jennie J | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 6/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,601.88 | |
| Secured: | | 225.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,236.38 |
| Trustee Fee: | | 140.50 |
| Other Funds: | | 0.00 |
| Totals: | 2,601.88 | 2,601.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,964.00 | 2,236.38 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 8. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 11. | Cook County Clerk | Secured | 6,500.00 | 0.00 |
| 12. | Citizens Bank | Secured | 9,400.00 | 225.00 |
| 13. | B-Real LLC | Unsecured | 800.65 | 0.00 |
| 14. | GMAC Auto Financing | Unsecured | 6,055.48 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 225.98 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 619.27 | 0.00 |
| 17. | American Express Centurion | Unsecured | 372.81 | 0.00 |
| 18. | DaimlerChryster Financial | Unsecured | 7,083.14 | 0.00 |
| 19. | American Express | Unsecured | 489.25 | 0.00 |
| 20. | LVNV Funding | Unsecured | 584.79 | 0.00 |
| 21. | American Express Centurion | Unsecured | 172.21 | 0.00 |
| 22. | Federated Retail Holdings Inc | Unsecured | 39.55 | 0.00 |
| 23. | Bank Of America | Unsecured | 994.62 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 2,089.16 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 207.36 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spain III, Hubert E | Case Number: 07 B 11100 |
| --- | --- | --- |
| | Spain, Jennie J | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 6/21/07 |

| | | | | |
| --- | --- | --- | ---: | ---: |
| 26. | Advanta Bancorp | Unsecured | 1,145.58 | 0.00 |
| 27. | B-Real LLC | Unsecured | 835.72 | 0.00 |
| 28. | Citizens Bank | Unsecured | 15.19 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 201.35 | 0.00 |
| 30. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 31. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 32. | Select Portfolio Servicing | Secured | | No Claim Filed |
| 33. | Select Portfolio Servicing | Secured | | No Claim Filed |
| 34. | Olympia Fields | Priority | | No Claim Filed |
| 35. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 36. | City Of Chicago | Unsecured | | No Claim Filed |
| 37. | City Of Chicago | Unsecured | | No Claim Filed |
| 38. | City Of Chicago | Unsecured | | No Claim Filed |
| 39. | City Of Chicago | Unsecured | | No Claim Filed |
| 40. | Hsbc/Bstby | Unsecured | | No Claim Filed |
| 41. | National City | Unsecured | | No Claim Filed |
| 42. | Amex | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 45. | National City | Unsecured | | No Claim Filed |
| 46. | City of Harvey | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,796.11 | $ 2,461.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 140.50 |
| | _____ |
| | $ 140.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____